

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-14-00796-CV

**LOCKHILL VENTURES, LLC**,
Appellant

v.

**ARD MOR, INC.**, Texas Ardmor Properties, LP, and Texas Ardmore Management, LLC,
Appellees

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-10796
Honorable Richard Price, Judge Presiding[1]

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's order granting a temporary injunction is REVERSED, and the temporary injunction is DISSOLVED. It is ORDERED that Appellant Lockhill Ventures, LLC, recover its costs of this appeal from Appellees Ard Mor, Inc.; Texas Ardmor Properties, LP; and Texas Ardmore Management, LLC.

SIGNED July 8, 2015.

_____
Patricia O. Alvarez, Justice

---

[1] The Honorable Karen Pozza is the presiding judge of the 407th District Court. The Honorable Richard Price signed the order granting the temporary injunction.